# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-10364-HCM |
| VICTORIA ANN GUTWEIN | § | |
| DEBTOR | § | CHAPTER 7 |

## ORDER GRANTING AMENDED APPLICATION TO EMPLOY THE SCHULTZ LAW FIRM P.C. AS GENERAL COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE

Before the Court is the Amended Application to Employ The Schultz Law Firm P.C., As General Counsel for Ron Satija, Chapter 7 Trustee filed on June 24, 2019 (docket #16). The Court after considering the evidence, finds that the Application is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that the Trustee is authorized to employ The Schultz Law Firm P.C. as General Counsel in this case.

**IT IS FURTHER ORDERED** that settlement funds shall not be disbursed without prior court approval.

# # #

/s/ *Stephen Matthew Schultz*

STEPHEN MATTHEW SCHULTZ
STATE BAR NUMBER 24025638
The Schultz Law Firm PC
The Penthouse, Suite 104
1212 Guadalupe Street
Austin, Texas 78701
Telephone: (512) 472-7792
Facsimile: (512) 472-7784
Electronic Mail: stephen@tslf.com

**(PROPOSED) GENERAL COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE**