**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-10364-HCM |
| VICTORIA ANN GUTWEIN | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER GRANTING APPLICATION FOR RETENTION OF BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§ 327(a) AND 328

ON THIS DAY, the Court considered the Application For Retention of BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327(a) and 328 which was filed on September 26, 2019 (docket #21) (the "Application"), and the Court, being of the opinion that the Application is well taken, and should be GRANTED.

**IT IS THEREFORE ORDERED** that the employment of BK Global Real Estate Services, be, and it is hereby, approved as laid forth in the Application, and,

**IT IS FURTHERMORE ORDERED** that compensation will be paid upon application to this Court only after notice and hearing, pursuant to 11 U.S.C. §330 and the requirements of any other applicable law.

# # #

**THE SCHULTZ LAW FIRM PC**

/s/ Stephen *Matthew Schultz*
Stephen Matthew Schultz

State Bar Number 24025638
The Penthouse, Suite 104
1212 Guadalupe Street
Austin, Texas 78701
Telephone: (512) 472-7792
Facsimile: (512) 472-7784
Electronic mail: stephen@tslf.com
**GENERAL COUNSEL FOR RON SATIJA, CHAPTER 7 TRUSTEE**